798 A.2d 1247

IN THE MATTER OF ADAM H. GLICK, AN ATTORNEY AT LAW.

June 5, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01-151, concluding that **ADAM H. GLICK** of **BOGOTA,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.15(b) (failure to safeguard funds of a third party) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ADAM H. GLICK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.